779 A.2d 421

IN RE PROFESSIONAL INSURANCE MANAGEMENT, DEBTOR.

PROFESSIONAL INSURANCE MANAGEMENT, RESPONDENT,
v. THE OHIO CASUALTY GROUP OF INSURANCE
COMPANIES, ET AL., APPELLANTS.

Decided February 23, 2001.

## ORDER

Petition for certification of questions of law by the United States Court of Appeals for the Third Circuit pursuant to *Rule* 2:12A is denied.